**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9
10    JAMIL HADDAD,

11              Plaintiff,                        No. C-09-01370 EDL

12        v.                                      **ORDER REMOVING DOCUMENT #23**
                                                  **PRE-TRIAL CONFERENCE**
13                                                **STATEMENT FROM DOCKET**

14    ALLIED PROPERTY AND CASUALTY
      INSURANCE COMPANY
15
                Defendant.
16    _____/

17

18        IT IS HEREBY ORDERED that Document #23, the parties' Joint Pre-Trial Conference

19    Statement, which was incorrectly filed in this case insofar as it contains confidential information, shall

20    be removed from the docket.

21

22    Dated: May 7, 2010

23                                                _____
                                                  ELIZABETH D. LAPORTE
24                                                United States Magistrate Judge

25
26
27
28