Law Offices of John Fitzpatrick Vannucci
100 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 981-7500
Fax: (415) 981-5700

JOHN FITZPATRICK VANNUCCI (State Bar #174329)
Attorney for Plaintiffs JAMIL HADDAD AND GHADA HADDAD

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIL HADDAD AND GHADA HADDAD<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY and DOES 1 to 25, inclusive<br><br>Defendants | Case No. 3:09-cv-01370-EDL<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>F.R.CIV.P. 41(A) (2) |

The parties have arrived at a mutually agreeable resolution of this action, and hereby stipulate and request the action as against defendant ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY be dismissed with prejudice, the parties to this stipulation to bear their own attorney fees, costs and litigation expenses of every kind, pursuant to F.R.Civ.P.41(a)(2). (Stipulation and signatures on following page)

SO STIPULATED:

DATE : May 21st, 2010                    Law Offices of John Fitzpatrick Vannucci

                                         _____
                                         John Fitzpatrick Vannucci
                                         Attorney for Plaintiffs


DATE: May 28, 2010                       LEWIS BRISBOIS BISGAARD & SMITH LLP.

                                         _____
                                         Julian J. Pardini
                                         Attorney for Defendant


SO ORDERED.


DATE:   June 2, 2010                     _____
                                         Elizabeth D. Laporte
                                         United States District Judge

2

D